IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**KAREN PAULLET,**

    Plaintiff,

v.                                                 CIVIL ACTION NO.: 3:20-CV-20
                                                    (GROH)

**AMERICAN PUBLIC UNIVERSITY SYSTEM,**

    Defendant.

## ORDER DISMISSING CASE

The mediator's report filed on July 29, 2020 advised the Court the parties settled the case.  ECF No. 30.  Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** July 30, 2020

                                                                GINA M. GROH
                                                                 CHIEF UNITED STATES DISTRICT JUDGE